JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| EMMANUEL RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGER R. ROUSSET, SR., IN AN INDIVIDUAL AND REPRESENTATIVE CAPACITY AS TRUSTEE OF THE ROUSSET FAMILY TRUST DATED NOVEMBER 19, 2007; ROGER'S LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case № 2:18-CV-08036-ODW (MAA)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1 | The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 19), hereby **DISMISSES WITH PREJUDICE** Plaintiff's Complaint in the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 14, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**